[872 NE2d 868, 840 NYS2d 755]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA LINER, Appellant.

Argued June 6, 2007; decided July 2, 2007

### APPEARANCES OF COUNSEL

*Legal Aid Society*, New York City (*Natalie Rea* and *Steven Banks* of counsel), for appellant.

*Robert M. Morgenthau, District Attorney*, New York City (*Gary S. Snitow* and *David M. Cohn* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed.

Defendant was convicted, after a jury trial, of the crimes of burglary in the third degree, petit larceny, and two counts of criminal possession of a weapon in the third degree for stealing merchandise at a Duane Reade store. At trial, the People introduced into evidence two trespass notices revoking defendant's privilege to enter Duane Reade stores. Because defendant failed to assert at the time of the trial that the admission of the notices violated his right of confrontation, the issue is not

preserved for our review (*see generally People v Gray*, 86 NY2d 10 [1995]).

Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

Order affirmed in a memorandum.